

FILED

12/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0004

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 21-0004

FILED

DEC 0 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE PETITION OF
JOSHUA S. MIREL

ORDER

Joshua S. Mirel has petitioned this Court for admission to active status in the State Bar of Montana after having been on inactive status since March 2017.

IT IS ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

IT IS FURTHER ORDERED that, within six months of the date of this Order, Petitioner shall submit to the Board of Continuing Legal Education, P.O. Box 577, Helena, MT 59624, proof of attendance at thirty hours of approved Continuing Legal Education to be credited to the time Petitioner was on inactive status.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 2nd day of December, 2021.

For the Court,

By _____
Chief Justice